# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DADRAIN DANTWONE BANKS
PLAINTIFF

V.                              No. 4:19-CV-00535-SWW-JTR

ISRAEL, Deputy,
Pulaski County Jail, *et al.*
DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 71] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections were filed, but to the extent that Plaintiff intended his recent filings [ECF Nos. 72, 73, 74, 75, 76, & 77] to serve as written objections to the recommendation, the Court finds that those filings fail to provide a factual or legal basis for rejecting the recommendation. After careful consideration and review of pertinent portions of the record, the recommended disposition is adopted in its entirety.

IT IS THEREFORE ORDERED that:

1.      The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2.      The dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3. All pending motions [Doc. Nos. 45, 50, 51, 52, 57, 61, 64, 66, 68] are DENIED as MOOT.

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of March, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE