# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DADRAIN DANTWONE BANKS                                PLAINTIFF

V.                  No. 4:19-CV-00535-SWW-JTR

ISRAEL, Deputy,
Pulaski County Jail, *et al.*                                   DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered separately today, this case is dismissed without prejudice.

Dated this 4th day of March, 2021

                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE